01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  BILL RICHARD MONTOYA,              )
                                       )    CASE NO. C12-0412-MJP-MAT
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )    REPORT AND RECOMMENDATION
11  MICHAEL ASTRUE,                    )
    Commissioner of Social Security,   )
12                                     )
            Defendant.                 )
13  _____  )

14          Plaintiff brought this action to seek judicial review of the denial of his applications for

15  Supplemental Security Income and Disability Insurance Benefits by the Commissioner of the

16  Social Security Administration.   The parties have now stipulated that this case should be

17  reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).   (Dkt. 21.)

18          Based on the stipulation of the parties, the Court recommends this case be REVERSED

19  and REMANDED for further administrative proceedings pursuant to sentence four of 42

20  U.S.C. § 405(g).   The parties stipulate that, on remand, the Administrative Law Judge will:

21  (1) reevaluate the medical record, including the medical source opinions of Dr. Borton and Dr.

22  Hopfenbeck; and (2) as necessary, reevaluate the residual functional capacity finding and any

REPORT AND RECOMMENDATION
PAGE -1

01 subsequent findings in the sequential evaluation process.   Additionally, upon proper

02 application, the Court will consider plaintiff's application for attorney's fees and expenses

03 pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

04          Given the above, the Court recommends that Chief United States District Judge Marsha

05 J. Pechman immediately approve this Report and Recommendation and order the case

06 REVERSED and REMANDED for further administrative proceedings.   A proposed order

07 accompanies this Report and Recommendation.

08          DATED this 15th day of August, 2012.

09

10                                                     _____
                                                       Mary Alice Theiler
11                                                     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2